UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| NOVA CONSULTANTS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> UGE INTERNATIONAL, LTD., UGE USA, INC., URBAN GREEN ENERGY, INC., <br><br> Defendants. | 4:17-CV-11160-TGB <br><br> ORDER |

**ORDER ENTERING DEFAULT JUDGMENT AGAINST UGE INTERNATIONAL, LTD., AND UGE USA, INC., <u>JOINTLY AND SEVERALLY</u>**

On September 20, 2018, this Court granted Plaintiff's motion for judgment and entered judgment in the amount of $25,000.00 against defaulted defendant Urban Green Energy, Inc. *See* Order, ECF No. 33. In that same order, this Court dismissed the remaining two defendants, UGE International, Ltd., and UGE USA, Inc. with prejudice, but retained jurisdiction to enforce the terms of a settlement agreement between Plaintiff and those two defendants. *Id.* at PageID.292.

On October 17, 2018, Plaintiff moved the Court to set aside the dismissal of UGE International, Ltd., and UGE USA, Inc., and to enter default judgment against each defendant. *See* Motion to Set Aside

Dismissal, ECF No. 34. This Court held a hearing on February 20, 2019 at which only Plaintiff appeared. 02/20/2019 Minute Entry. At this hearing, Plaintiff explained that UGE International, Ltd. and UGE USA, Inc. had failed to perform according to the settlement agreement, causing Plaintiff to incur damages in the amount of $97,590.16 to mitigate the costs of the defendants' non-performance. The Court granted Plaintiff's motion to set aside dismissal and reinstate defendants UGE International, Ltd., and UGE USA, Inc. ECF No. 38.

Neither UGE International, Ltd. nor UGE USA, Inc. filed any answer, affirmative defenses or other responsive pleadings defending themselves in this action. On April 3, 2019, Plaintiff requested Clerk's Entry of Default against UGE International, Ltd., and UGE USA, Inc. ECF No. 42. The Clerk entered default against each party on the same day. ECF Nos. 43, 44.

For the reasons set forth in Plaintiff's Motion to Enter a Default Judgment Against UGE International, Ltd. and UGE USA, Inc. (ECF N0. 41), judgment is entered against UGE International, Ltd. and UGE USA, Inc. in the amount of **$97,590.16**. Plaintiff's Motion for Entry of Default (ECF No. 39) is **STRICKEN** as moot. Plaintiff's Motion to Enter a Default Judgment (ECF No. 41) is **GRANTED**.

## ORDER

Accordingly, it is **ORDERED** that judgment is entered in favor of Plaintiff, Nova Consultants, Inc., against Defendants, UGE

International, Ltd. and against UGE USA, Inc. jointly and severally, in the amount of $97,590.16, including all costs and expenses.

**SO ORDERED.**

DATED this 15th day of April, 2019.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was mailed to the parties of record on this date, April 19, 2019, by electronic and/or ordinary mail.

S/A. Chubb
Case Manager and Deputy Clerk